JAMES CAREY, RESPONDENT, *v.* HENRY SCOTT, APPELLANT.

Judgment affirmed, with costs.

GEORGE H. KILLEEN, BY HIS GUARDIAN, RESPONDENT, *v.* LORENZO F. SAMSON, APPELLANT.

Judgment affirmed, with costs.

Memorandum, by LEARNED, P. J.

WILLIAM BREESE, RESPONDENT, *v.* SILAS R. HILL, APPELLANT.

Judgment of County Court reversed, and that of justice affirmed, with costs.

Memorandum by LEARNED, P. J.

SAMUEL LAW, APPELLANT, *v.* LUTHER S. McDONALD, RESPONDENT.

Judgment affirmed, with costs.

Memorandum by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK, *ex rel.* CHARLES V. BAILEY AND OTHERS, RESPONDENTS, *v.* WILLIAM A. GIFFORD AND OTHERS, APPELLANTS, AND JAMES S. FOSTER, APPLICANT, ALSO APPELLANT.

Judgment reversed; certiorari granted.

THE PEOPLE OF THE STATE OF NEW YORK, DEFENDANTS IN ERROR, *v.* AMENZO FRY, PLAINTIFF IN ERROR.

Judgment and certiorari reversed, and case sent back to Court of Sessions for new trial.

POLLY M. AMES, RESPONDENT, *v.* FANNY J. VAN VRADENBURG, APPELLANT.

Judgment affirmed, with costs.